IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    Case No. 06CR20018-001

TITUS PARKS                                                 DEFENDANT

### **ORDER**

On December 20, 2006, Defendant was sentenced to 151 months imprisonment for distribution of more than fifty (50) grams of crack cocaine. (Doc. 38). Defendant's sentence included a $100.00 special assessment and a $2,000.00 fine. (Doc. 38). Currently before the Court is a motion by Defendant to defer payment of the unpaid balance of the fine imposed upon Defendant until he is released from imprisonment (Doc. 46). The Government opposes Defendant's Motion (Docs. 47-48).

Title 18, section 3572 of the United States Code governs the imposition of a sentence of a fine. It states, in pertinent part:

> Notwithstanding the fact that a sentence to pay a fine can subsequently be --
>
> > (1) modified or remitted under section 3573;
> >
> > (2) corrected under rule 35 of the Federal Rules of Criminal Procedure and section 3742; or
> >
> > (3) appealed and modified under section 3742;
>
> a judgment that includes such a sentence is a final

judgment for all other purposes.
18 U.S.C. § 3572(c).

In order to be modified or remitted under section 3573, the Government must petition the Court.  18 U.S.C. § 3573.  The Government has filed no such petition and, further, has filed a response objecting to deferring payment of Defendant's fine. Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may correct an error in a sentence with 7 days after sentencing or reduce a sentence upon the Government's motion. Neither situation exists in this case.  Therefore, none of the reasons for modifying a fine are present in this case.  Further, Defendant is working and participating in the Inmate Financial Responsibility Program.   Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED this 7th day of March 2008.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge