IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

      v.      No. 2:06cr20018

TITUS PARKS                                                   DEFENDANT

## ORDER

Currently before the court are Defendant's *pro se* motion seeking a further reduction in his sentence (Doc. 53) and the Government's Response (Doc. 54). Defendant moves the Court to reduce his sentence based upon proposed legislation that would eliminate the sentencing disparity between crack cocaine and powder cocaine.

Rule 35 allows the Court to correct or reduce a sentence in certain instances: (1) within 7 days after sentencing to correct a sentence that resulted from arithmetical, technical, or other clear error; and (2) upon the government's motion indicating the defendant provided substantial assistance. Defendant does not allege that either instance applies in his case, and the Court finds that a reduction of Defendant's sentence pursuant to Rule 35 is not warranted. The proposed legislation would eliminate the 100:1 ratio for powder and crack cocaine, however, at this time there has been no change in the applicable law or the sentencing guidelines. Further, any future change is not likely to be retroactive. Accordingly, Defendant's Motion is DENIED.

**AO72A**
**(Rev. 8/82)**

IT IS SO ORDERED this 30th day of November 2009.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge

**AO72A**
**(Rev. 8/82)**